# Third District Court of Appeal

## State of Florida

Opinion filed November 4, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1483
Lower Tribunal No. 90-28455
_____

**Richard Paul Knight,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Richard Paul Knight, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, LOGUE and LOBREE, JJ.

PER CURIAM.

Affirmed.